UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DUSTIN EVERETTE HANEY | CIVIL ACTION |
| VERSUS | NO. 19-10620 |
| CARL TRACY SCHWAB ET AL. | SECTION "A" (2) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** for seeking monetary relief against defendants who are immune from such relief, as legally frivolous and/or for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1); pursuant to the Rooker-Feldman doctrine; and/or pursuant to Heck v. Humphrey, 512 U.S. 477 (1994).

November 26, 2019

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE